**Electronically Filed
Supreme Court
SCAD-19-0000659
22-OCT-2019
08:11 AM**

SCAD-19-0000659

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

BRUCE LAMON, (Bar no. 2738)
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 18-0308)

<u>ORDER GRANTING PETITION</u>
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ.,
and Intermediate Court of Appeals Associate Judge Fujise,
in place of Recktenwald, C.J., recused)

Upon consideration of the October 14, 2019 renewed petition for an order immediately restraining Respondent Bruce Lamon from the practice of law, filed by the Office of Disciplinary Counsel (ODC) pursuant to Rule 2.13 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), the exhibit attached thereto, and the record in this matter, this court concludes that the April 2, 2019 order entered by the United States District Court for the District of Oregon, accepting Respondent Lamon's guilty plea to one count of violating 26

U.S.C. § 7201 ("Attempt to evade or defeat tax"), a felony, fulfills the conditions set forth by RSCH Rule 2.13(a) for the immediate restraint of Respondent Lamon's license and this court finds no good cause on the record to refrain from applying RSCH Rule 2.13(a). Therefore,

IT IS HEREBY ORDERED that ODC's petition is granted.

IT IS FURTHER ORDERED that Respondent Lamon is immediately restrained from the practice of law in this jurisdiction, pursuant to RSCH Rule 2.13(b), pending final disposition of a disciplinary proceeding based on the finding of guilt.

IT IS FURTHER ORDERED that this matter is hereby referred to the Disciplinary Board of the Hawaiʻi Supreme Court for institution of formal disciplinary proceedings, to be convened once this conviction becomes final, as defined by RSCH Rule 2.13(d). The sole issue to be determined at those hearings shall be the discipline to be imposed.

DATED: Honolulu, Hawaiʻi, October 22, 2019.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Alexa D.M. Fujise



2